IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL PHILLIPS**                                                                                    **PLAINTIFF**
*ADC #145557*

v.                             **CASE NO. 4:23-CV-00675-BSM**

**DEANGELO EARL,** *et al.*                                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 21] is adopted. Defendants' motion for judgment on the pleadings [Doc. No. 13] is granted and Phillips's complaint [Doc. No. 2] is dismissed without prejudice. Additionally, Phillips's motions for a status update and for the appointment of counsel [Doc. Nos. 22 & 23] are denied as moot because this case is being dismissed. Moreover, even if this case were to continue, the motion for the appointment of counsel is denied because *pro se* litigants do not have a constitutional or statutory right to appointment of counsel in civil cases and the facts alleged are not beyond what a *pro se* litigant can handle. *See Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018). It is recommended that this dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act, and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 19th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE