IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL PHILLIPS**  **PLAINTIFF**
*ADC #145557*

v.  CASE NO. 4:23-CV-00675-BSM

**DEANGELO EARL**, *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE